**CLEGG, P.C.**
Perry S. Clegg (USB No. 7831)
    *pclegg@cleggiplaw.com; court@cleggiplaw.com*
299 South Main, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 532-3040
Facsimile: (801) 532-3042

**ARNOLD & PORTER LLP**
Matthew M. Wolf (*pro hac vice* application forthcoming)
    *matthew.wolf@aporter.com*
Ali R. Sharifahmadian (*pro hac vice* application forthcoming)
    *ali.sharifahmadian@aporter.com*
555 12th Street, N.W.
Washington, D.C. 20004
Telephone:  202.942.5000
Facsimile:  202.942.5999

**ARNOLD & PORTER LLP**
Maxwell C. Preston (*pro hac vice* application forthcoming)
    *maxwell.preston@aporter.com*
399 Park Avenue
New York, NY 10022-4690
Telephone:  212.715.1000
Facsimile:  212.715.1399

*Attorneys for Defendant Prisma Graphic Corporation*

### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>PRISMA GRAPHIC CORPORATION, an Arizona corporation<br><br>    Defendant and Counterclaim-Plaintiff. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br><br>Civil No. 2:13-cv-0700-DBP<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim-Plaintiff Prisma Graphic Corporation ("Prisma Graphic") by and through its attorneys, hereby certifies that it has no parent company and that there is no publicly held company owning 10% or more of Prisma Graphic's stock.

Dated:  May 5, 2014                                   Respectfully submitted,

                                                                                        */s/ Perry S. Clegg*

**CLEGG, P.C.**
Perry S. Clegg (USB No. 7831)
  *pclegg@cleggiplaw.com;*
  *court@cleggiplaw.com*
299 South Main, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 532-3040
Facsimile: (801) 532-3042

*Attorney for Defendant Prisma Graphic Corporation*

## CERTIFICATE OF SERVICE

I certify that the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT was served on all parties appearing in this matter through the Court's CM/ECF electronic notification system.

Dated: May 5, 2014

*/s/ Perry S. Clegg*