IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRISMA GRAPHIC CORPORATION, an Arizona corporation,<br><br>Defendant. | **ORDER**<br><br><br><br>Case No. 2:13-cv-700-TC |

For the reasons set forth at the close of the July 11, 2014 hearing and for the reasons in Defendant Prisma Graphic Corporation's supporting memorandum on the Motion to Transfer Venue, the court GRANTS Defendant Prisma Graphic Corporation's Motion to Transfer Venue to the United States District Court for the District of Arizona.

The Clerk of the Court is hereby ordered to transfer the matter forthwith to the United States District Court, District of Arizona.

SO ORDERED this 11th day of July, 2014.

BY THE COURT:

_____
TENA CAMPBELL
Chief Judge