

40 North Center Street, Suite 200
Mesa, Arizona  85201
T: (480) 464-1111  F: (480) 464-5692
centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By:     Bradley D. Weech, State Bar No. 011135

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>PRISMA GRAPHIC ORPORATION, an Arizona corporation,<br><br>    Defendant/Counter-Plaintiff | **No. 2:14-cv-01568-PHX-DLR**<br><br>**NOTICE OF APPEARANCE**<br><br>Assigned to:  Honorable Douglas L. Rayes |

Bradley D. Weech hereby provides the Court and parties with a Notice of Appearance of the firm of Jackson White, P.C., on behalf of Plaintiff/Counter-Defendant, SkipPrint, LLC. Any and all future pleadings, minute entries, etc., should be forwarded to the undersigned attorneys.

DATED this 30th day of July, 2014.

                                                    JACKSON WHITE

                                                    s/ Bradley D. Weech
                                                    Attorneys for Plaintiff and Counterclaim Defendant
                                                    By: Bradley D. Weech

Original e-Filed with the Court July 30, 2014
and copy sent for e-file delivery to:

United States District Court

Copies served this same date by mail to:

Perry S. Clegg
CLEGG, P.C.
299 South Main, Suite 1300
Salt Lake City, Utah  84111
Counsel for Prisma Graphic Corporation

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY  10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Shariafahmadian
Arnold & Porter, LLP – Washington DC
555 12th St. NW
Washington DC 20004-1206
Counsel for Prisma Graphic

s/ Yvonne Salatas
30087-002\764374.doc