# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona  85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By:     Bradley D. Weech, No. 011135

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>PRISMA GRAPHIC CORPORATION, an Arizona corporation,<br><br>　　　　　Defendant/Counter-Plaintiff. | No.  2:14-cv-01568-PHX-DLR<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　This Corporate Disclosure Statement is filed on behalf of SkipPrint, L.L.C.

　　　　Rule 7.1, Federal Rules of Civil Procedure states that a nongovernmental party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　　　The filing party hereby declares that SkipPrint, L.L.C. is a wholly-owned subsidiary of TenacityIP LLC, a non-public Delaware corporation.

　　　　A supplemental disclosure statement will be filed upon any change in the information provided herein.

　　　　DATED this 11th day of August, 2014.

///

|   |   |
|---|---|
| 1 | JACKSON WHITE |
| 2 | /s/ Bradley D. Weech |
|   | Attorneys for Plaintiff/CounterDefendant |
| 3 | By: Bradley D. Weech, No. 011135 |

Original e-Filed with the Court August 11, 2014
and copy sent for e-Filing delivery to:
The United States District Court, District of Arizona

Copies served this same date by email and mail to:

Perry S. Clegg
Clegg, P.C.
299 South Main, Suite 1300
Salt Lake City, UT 84111
Counsel for Prisma Graphic Corporation

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

/s/   Theresa A. Prater, RP

30087-002/767485.docx