| | |
|---|---|
| Name | Jeffrey A. McKee |
| Bar # | 012279 |
| Firm | DAVIS, McKEE, PLLC |
| Address | 1650 N. First Avenue |
| | Phoenix, AZ 85003 |
| Telephone | 602-266-7667 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SKIPPRINT, LLC, a Delaware corpora )
)
Plaintiff, )
)
vs. )
)
PRISMA GRAPHIC CORPORATION, )
)
Defendant. )
)
)

Case No. CV-14-01568-PHX-DLR

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Prisma Graphic Corporation in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other (please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this __11th__ day of __August__, __2014__.

/s/ Jeffrey A. McKee
_____
Counsel of Record

Certificate of Service:

See attached list

- 2 -

Copy of the foregoing mailed/emailed this 6th day of August, 2014, to:

Bradley D. Weech, Esq.
JACKSON WHITE, P.C.
40 North Center Street, Suite 200
Mesa, AZ 85201
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff/Counter-Defendant

Matthew M. Wolf, Esq.
Ali R. Sharifahmadian, Esq.
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone: 202.942.5000
Facsimile: 202.942.5999
matthew.wolf@aporter.com
ali.sharifahmadian@aporter.com
Attorneys for Prisma Graphic Corporation

Maxwell C. Preston, Esq.
399 Park Avenue
ARNOLD & PORTER LLP
New York, NY 10022-4690
Telephone: 212.715.1000
Facsimile: 212.715.1399
maxwell.preston@aporter.com
Attorneys for Prisma Graphic Corporation

/s/ Jeffrey A. McKee