**JACKSON WHITE**

ATTORNEYS AT LAW

*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona  85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By:     Steven J. Laureanti, No. 027151
          David A. Banko, No. 030991

## U.S. DISTRICT COURT - ARIZONA

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation, | **No. 2:14-cv-01568-DLR** |
| Plaintiff/Counter-Defendant, | **NOTICE OF CHANGE OF COUNSEL WITHIN LAW FIRM** |
| vs. | Assigned to:  Honorable Douglas Rayes |
| PRISMA GRAPHIC CORPORATION, an Arizona corporation, | |
| Defendant/Counter-Plaintiff | |

Plaintiff, SkipPrint, LLC, by and through undersigned counsel, hereby gives notice to the Court and all counsel that Steven J. Laureanti will be one of the attorneys of record in this matter, taking over from Bradley D. Weech.  David A. Banko will also be counsel of record in this matter.

Please direct all future correspondence, pleadings, minute entries, etc. to:

Steven J. Laureanti
David A. Banko
Jackson White, P.C.
40 North Center Street, Suite 200
Mesa, AZ  85201
480-464-1111
Email: slaurentai@jacksonwhitelaw.com
dbanko@jacksonwhitelaw.com

DATED this 14th day of August, 2014.

JACKSON WHITE

s/ Steven J. Laureanti
Attorneys for Plaintiff /Counter-Defendant
By: Steven J. Laureanti

1   Original filed with the Court August 14, 2014
2   and copy sent for hand-delivery to:

3   Honorable Douglas Rayes
    U.S. District Court - Arizona
4   U. S. District Court
    Sandra Day O'Connor U.S. Courthouse, Ste. 526
5   401 West Washington Street,  SPC 79
    Phoenix, AZ  85003-2162

6   Copies served this same date by U.S. Mail and
7   email through the Court to:

8   Perry S. Clegg
    Clegg, P.C.
9   299 South Main, Suite 1300
    Salt Lake City, UT 84111
10  Counsel for Prisma Graphic Corporation

11  Matthew M. Wolf
    Arnold & Porter, LLP
12  555 12th Street, N.W.
    Washington, D.C. 20004-1206
13  Counsel for Prisma Graphic Corporation

14  Maxwell C. Preston
    Arnold & Porter, LLP
15  399 Park Avenue
    New York, NY 10022-4690
16  Counsel for Prisma Graphic Corporation

17  Ali R. Sharifahmadian
    Arnold & Porter, LLP
18  555 12th St. N.W.
    Washington, D.C. 20004-1206
19  Counsel for Prisma Graphic Corporation

20  Jeffrey A, McKee
    Davis McKee, PLLC
21  1650 N. 1st Avenue
    Phoenix, AZ 85003
22  Counsel for Prisma Graphic Corporation

23  Charles J. Veverka
    Maschoff Brennan
24  1389 Center Dr., Suite 300
    Park City, UT 84098
25  Counsel for SkipPrint, LLC

26  Christopher W. Arledge
    One LLP
27  East Tower
    4000 MacArthur Blvd., Suite 500
28  Newport Beach, CA 92660
    Counsel for SkipPrint, LLC

1   Joseph K. Liu
    One LLP
2   East Tower
    4000 MacArthur Blvd., Suite 500
3   Newport Beach, CA 92660
    Counsel for SkipPrint, LLC
4
    Nathaniel L. Dilger
5   One LLP
    East Tower
6   4000 MacArthur Blvd., Suite 500
    Newport Beach, CA 92660
7   Counsel for SkipPrint, LLC

8   Rachel Jacques
    Maschoff Brennan
9   1389 Center Dr., Suite 300
    Park City, UT 84098
10  Counsel for SkipPrint, LLC

11

12  s/ Haley Stapley
    30087-002\767487.doc
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28