**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona  85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By:	Steven J. Laureanti, No.  027151
	David A. Banko, No. 030991

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| SkipPrint, LLC, a Delaware corporation, | **No.  2:14-cv-01568-PHX-DLR** |
| Plaintiff/Counter-Defendant, | **NOTICE OF INITIAL DISCLOSURES** |
| v. | |
| Prisma Graphic Corporation, an Arizona corporation, | |
| Defendant/Counter-Plaintiff. | |

**PLEASE TAKE NOTICE** that on September 11, 2014, a copy of Plaintiff/Counter-Defendant SkipPrint, LLC, Rule 26(a)(1) Disclosures was served by First Class mail upon the partied identified in the attached service list.

DATED this 11th day of September, 2014.

				JACKSON WHITE

				/s/ Steven J. Laureanti
				Attorneys for Plaintiff and Counterclaim Defendant
				By: Steven J. Laureanti, No. 027151

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Service List**

Perry S. Clegg
Clegg, P.C.
299 South Main, Suite 1300
Salt Lake City, UT 84111
Counsel for Prisma Graphic Corporation

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Jeffrey A. McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
Counsel for Prisma Graphic Corporation

Charles J. Veverka
Maschoff Brennan
1389 Center Dr., Suite 300
Park City, UT 84098
Counsel for SkipPrint, LLC

Christopher W. Arledge
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger
One LLP
East Tower

1  4000 MacArthur Blvd., Suite 500
   Newport Beach, CA 92660
2  Counsel for SkipPrint, LLC

3  Rachel Jacques
   Maschoff Brennan
   1389 Center Dr., Suite 300
4  Park City, UT 84098
   Counsel for SkipPrint, LLC
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Certificate of Service

I hereby certify that on September 11, 2014, I caused to be served the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Perry S. Clegg
Clegg, P.C.
299 South Main, Suite 1300
Salt Lake City, UT 84111
Counsel for Prisma Graphic Corporation

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Jeffrey A. McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
Counsel for Prisma Graphic Corporation

Charles J. Veverka
Maschoff Brennan
1389 Center Dr., Suite 300
Park City, UT 84098
Counsel for SkipPrint, LLC

Christopher W. Arledge
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Joseph K. Liu
One LLP

| | |
|---|---|
| 1 | East Tower |
|   | 4000 MacArthur Blvd., Suite 500 |
|   | Newport Beach, CA 92660 |
| 2 | Counsel for SkipPrint, LLC |

East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Rachel Jacques
Maschoff Brennan
1389 Center Dr., Suite 300
Park City, UT 84098
Counsel for SkipPrint, LLC


/s/__H. Stapley_____