**DAVIS McKEE, P.L.L.C.**
Jeffrey A. McKee
1650 North First Avenue
Phoenix, AZ 85003
State Bar No. 012279
Facsimile: (602) 277-9839
E-mail: jmckee@dmflaw.com
Telephone: (602) 266-7667

**ARNOLD & PORTER LLP**
Matthew M. Wolf (*pro hac vice*)
Ali R. Sharifahmadian (*pro hac vice*)
555 12th Street, N.W.
Washington, D.C. 20004
Facsimile:  202.942.5999
E-mail: matthew.wolf@aporter.com;
           ali.sharifahmadian@aporter.com
Telephone:  202.942.5000

**ARNOLD & PORTER LLP**
Maxwell C. Preston (*pro hac vice*)
399 Park Avenue
New York, NY 10022-4690
Facsimile:  212.715.1399
E-mail: maxwell.preston@aporter.com
Telephone:  212.715.1000

*Attorneys for Prisma Graphic Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SkipPrint, LLC, a Delaware corporation,<br><br>             Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Prisma Graphic Corporation, an Arizona corporation,<br><br>             Defendant/Counter-Plaintiff. | No. 2:14-cv-01568-PHX-DLR<br><br>**PRISMA GRAPHIC'S NOTICE OF INITIAL DISCLOSURES**<br><br>Assigned to: Honorable Douglas L. Rayes |

Pursuant to LRCiv 5.2 and this Court's Order Setting Rule 16 Scheduling Conference, Defendant and Counterclaim-Plaintiff Prisma Graphic ("Prisma Graphic") hereby gives notices that, on September 11, 2014, it served its initial disclosures in the form required by Federal Rule of Civil Procedure 26(a)(1).

Dated:  September 11, 2014            Respectfully submitted,


   s/ Maxwell C. Preston
-------------------------------------
Maxwell C. Preston (*pro hac vice*)
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
Facsimile:  212.715.1399
E-mail: maxwell.preston@aporter.com
Telephone:  212.715.1000

Matthew M. Wolf (*pro hac vice*)
Ali R. Sharifahmadian (*pro hac vice*)
555 12th Street, N.W.
Washington, D.C. 20004
Facsimile:  202.942.5999
E-mail: matthew.wolf@aporter.com;
       ali.sharifahmadian@aporter.com
Telephone:  202.942.5000

Jeffrey A. McKee
Davis McKee, P.L.L.C.
1650 North First Avenue
Phoenix, AZ 85003
State Bar No. 012279
Facsimile: (602) 277-9839
E-mail: jmckee@dmflaw.com
Telephone: (602) 266-7667

# **CERTIFICATE OF SERVICE**

I, hereby certify that on September 11, 2014, copies of the foregoing were caused to be served upon the following via U.S. mail and, for those who have provided their email addresses to the Court, via ECF:

Christopher W Arledge
Nathaniel L Dilger
Joseph K Liu
One LLP
East Tower
4000 MacArthur Blvd., Ste. 500
Newport Beach, CA 92660
949-502-2870

Steven J. Laureanti
David A. Banko
Jackson White, P.C.
40 North Center Street, Suite 200
Mesa, AZ 85201-1111
480-464-1111

Charles J Veverka
Rachel Jacques
Maschoff Brennan
1389 Center Dr., Ste. 300
Park City, UT 84098
435-252-1360

                                                _s/ Maxwell C. Preston____
                                                  Maxwell C. Preston