# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By: Steven J. Laureanti, No. 027151
David A. Banko, No. 030991

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SkipPrint, LLC, a Delaware corporation, | No. 2:14-cv-01568-PHX-DLR |
| Plaintiff/Counter-Defendant, | |
| v. | **NOTICE OF SERVICE - INTERROGATORIES** |
| Prisma Graphic Corporation, an Arizona corporation, | |
| Defendant/Counter-Plaintiff. | |

**PLEASE TAKE NOTICE** that on September 18, 2014, a copy of Plaintiff/Counter-Defendant's Interrogatories was served by First Class mail upon the parties identified in the attached service list.

DATED this 18th day of September, 2014.

        JACKSON WHITE

        /s/ Steven J. Laureanti
        Attorneys for Plaintiff and Counterclaim Defendant
        By: Steven J. Laureanti, No. 027151

## Service List

1

2  Matthew M. Wolf
   Arnold & Porter, LLP
3  555 12th Street, N.W.
   Washington, D.C. 20004-1206
4  Counsel for Prisma Graphic Corporation

5  Maxwell C. Preston
   Arnold & Porter, LLP
6  399 Park Avenue
   New York, NY 10022-4690
7  Counsel for Prisma Graphic Corporation

8  Ali R. Sharifahmadian
   Arnold & Porter, LLP
9  555 12th St. N.W.
   Washington, D.C. 20004-1206
10 Counsel for Prisma Graphic Corporation

11 Jeffrey A. McKee
   Davis McKee, PLLC
12 1650 N. 1st Avenue
   Phoenix, AZ 85003
13 Counsel for Prisma Graphic Corporation

14 Joseph K. Liu
   One LLP
15 East Tower
   4000 MacArthur Blvd., Suite 500
16 Newport Beach, CA 92660
   Counsel for SkipPrint, LLC
17
   Nathaniel L. Dilger
18 One LLP
   East Tower
19 4000 MacArthur Blvd., Suite 500
   Newport Beach, CA 92660
20 Counsel for SkipPrint, LLC

21

22

23

24

25

26

27

28

## Certificate of Service

I hereby certify that on September 18, 2014, I caused to be served the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Original filed with the Court September 18, 2014
and copy sent for hand-delivery to:

Honorable Douglas Rayes
U.S. District Court - Arizona
U. S. District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 526
401 West Washington Street,  SPC 79
Phoenix, AZ  85003-2162

Copies served this same date by U.S. Mail and
email through the Court to:

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Jeffrey A. McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
Counsel for Prisma Graphic Corporation

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger

1  One LLP
   East Tower
2  4000 MacArthur Blvd., Suite 500
   Newport Beach, CA 92660
3  Counsel for SkipPrint, LLC

4  /s/    H. Stapley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28