# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By:  Steven J. Laureanti, No. 027151
     David A. Banko, No. 030991

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SkipPrint, LLC, a Delaware corporation, | **No. 2:14-cv-01568-PHX-DLR** |
| Plaintiff/Counter-Defendant, | |
| | **NOTICE OF SERVICE – REQUEST FOR PRODUCTION** |
| v. | |
| Prisma Graphic Corporation, an Arizona corporation, | |
| Defendant/Counter-Plaintiff. | |

**PLEASE TAKE NOTICE** that on September 18, 2014, a copy of Plaintiff/Counter-Defendant's Request for Production was served by First Class mail upon the parties identified in the attached service list.

DATED this 18th day of September, 2014.

                                      JACKSON WHITE

                                      /s/ Steven J. Laureanti
                                      Attorneys for Plaintiff and Counterclaim Defendant
                                      By: Steven J. Laureanti, No. 027151

## Service List

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Jeffrey A. McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
Counsel for Prisma Graphic Corporation

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

<u>Certificate of Service</u>

I hereby certify that on September 18, 2014, I caused to be served the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Original filed with the Court September 18, 2014
and copy sent for hand-delivery to:

Honorable Douglas Rayes
U.S. District Court - Arizona
U. S. District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 526
401 West Washington Street, SPC 79
Phoenix, AZ 85003-2162

Copies served this same date by U.S. Mail and
email through the Court to:

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Jeffrey A. McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
Counsel for Prisma Graphic Corporation

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger

2:14-cv-01568-DLR

Page 3

One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

/s/   H. Stapley

2:14-cv-01568-DLR

Page 4