# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona  85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By:      Steven J. Laureanti, No. 027151
         David A. Banko, No. 030991

**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
T: (949) 502-2870 F: (949) 258-5081
Email: jliu@onellp.com
Attorneys for Plaintiff and Counterclaim Defendant
By:      Joseph K. Liu, Admitted *Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation, | **No.  2:14-cv-01568-PHX-DLR** |
| Plaintiff/Counter-Defendant, | |
| v. | **NOTICE OF SERVICE OF RESPONSES TO REQUESTS FOR PRODUCTION** |
| PRISMA GRAPHIC CORPORATION, an Arizona corporation, | |
| Defendant/Counter-Plaintiff. | |

PLEASE TAKE NOTICE that on November 4 2014, a copy of Plaintiff/Counter-

Defendant's Responses to Defendant/Counter-Plaintiff's First Set of Requests for Production

was served via First Class Mail and e-mail upon the parties identified in the attached service list.


DATED this 4th day of November, 2014.

ONE LLP

/s/ Joseph K. Liu
Attorneys for Plaintiff and Counterclaim
Defendant
By: Joseph K. Liu, Admitted *Pro Hac Vice*

1

**<u>Service List</u>**

2

Matthew M. Wolf

3

Arnold & Porter, LLP

555 12th Street, N.W.

4

Washington, D.C. 20004-1206

matthew.wolf@aporter.com

5

Counsel for Prisma Graphic Corporation

6

Maxwell C. Preston

7

Arnold & Porter, LLP

399 Park Avenue

8

New York, NY 10022-4690

maxwell.preston@aporter.com

9

Counsel for Prisma Graphic Corporation

10

Ali R. Sharifahmadian

Arnold & Porter, LLP

11

555 12th St. N.W.

Washington, D.C. 20004-1206

12

ali.Sharifahmadian@aporter.com

13

Counsel for Prisma Graphic Corporation

14

Jeffrey A. McKee

Davis McKee, PLLC

15

1650 N. 1st Avenue

Phoenix, AZ 85003

16

jmckee@dmflaw.com

17

Counsel for Prisma Graphic Corporation

18

Steven J. Laureanti

David A. Banko

19

Jackson White, P.C.

40 North Center Street, Suite 200

20

Mesa, AZ 85201-1111

21

dbanko@jacksonwhitelaw.com

slaureanti@jacksonwhitelaw.com

22

Counsel for SkipPrint, LLC

23

24

25

26

27

28

## Certificate of Service

I hereby certify that on November 4, 2014, I caused to be served the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Counsel for Prisma Graphic Corporation

Jeffrey A. McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
Counsel for Prisma Graphic Corporation

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Steven J. Laureanti
Jackson White, P.C.
40 North Center Street, Suite 200
Mesa, AZ 85201-1111
Counsel for SkipPrint, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David Banko
Jackson White, P.C.
40 North Center Street, Suite 200
Mesa, AZ 85201-1111
Counsel for SkipPrint, LLC


/s/   L. Thomas_____