# JacksonWhite
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Plaintiff and Counterclaim Defendant
By: Steven J. Laureanti, No. 027151
David A. Banko, No. 030991

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SkipPrint, LLC, a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>Prisma Graphic Corporation, an Arizona corporation,<br><br>Defendant/Counter-Plaintiff. | No. 2:14-cv-01568-PHX-DLR<br><br>**STIPULATION BETWEEN PLAINTIFF/COUNTER-DEFENDANT, SKIPPRINT, LLC AND DEFENDANT/COUNTER-PLAINTIFF, PRISMA GRAPHIC CORPORATION FOR ONE-DAY EXTENTION OF SERVICE** |

Plaintiff/Counter-Defendant, SkipPrint, LLC ("SkipPrint") and Defendant/Counter-Plaintiff, Prisma Graphic Corporation ("Prisma Graphic") stipulate and agree to a one-business day extension for SkipPrint serving Initial Infringement Contentions. Service was due on November 28, 2014. SkipPrint and Prisma Graphic agree to a one-business day extension so that the new date of service for Initial Infringement Contentions is December 1, 2014.

A form of Order containing permissions and conditions, which are incorporated herein, is submitted herewith.

DATED this 1st day of December, 2014.

                                        JACKSON WHITE

                                        /s/ Steven J. Laureanti
                                        Attorneys for Plaintiff and Counterclaim Defendant
                                        Steven J. Laureanti, No. 027151

                                        Arnold & Porter, LLP

                                        /s/ Ali R. Sharifahmadian
                                        Attorney for Defendant and Counterclaim Plaintiff
                                        Ali R. Sharifahmadian

Original e-Filed with the Court December 1, 2014
and copies served this same date by email to:

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Matthew.Wolf@aporter.com, Dawna.Peich@aporter.com
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Maxwell.Preston@aporter.com
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Ali.Sharifahmadian@aporter.com, Monica.Biswas@aporter.com
Counsel for Prisma Graphic Corporation

Jeffrey A, McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
jmckee@dmflaw.com
Counsel for Prisma Graphic Corporation

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
jliu@onellp.com, info@onellp.com, lthomas@onellp.com, paralegal2@onellp.com

Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
ndilger@onellp.com, info@onellp.com, lthomas@onellp.com
Counsel for SkipPrint, LLC

Steven J. Laureanti
Jackson-White PC
40 North Center Street, Suite 200
Mesa, Arizona 85201
slaureanti@jacksonwhitelaw.com, hstapley@jacksonwhitelaw.com
Counsel for SkipPrint, LLC

David A. Banko
Jackson-White PC
40 North Center Street, Suite 200
Mesa, Arizona 85201
dbanko@jacksonwhitelaw.com
Counsel for SkipPrint, LLC

Charles J. Veverka
Maschoff Brennan
1389 Center Drive, Suite 300
Park City, Utah 84098
cveverka@mabr.com
Counsel for SkipPrint, LLC

Rachel Jacques
Maschoff Brennan
1389 Center Drive, Suite 300
Park City, Utah 84098
rjacques@mabr.com
Counsel for SkipPrint, LLC

/s/__H. Stapley_____