## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| SkipPrint, LLC, a Delaware corporation,<br><br>　　　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>Prisma Graphic Corporation, an Arizona corporation,<br><br>　　　　　　Defendant/Counter-Plaintiff. | No. 2:14-cv-01568-PHX-DLR<br><br>**ORDER FOR ONE-DAY EXTENTION OF SERVICE** |

　　　This matter, having come before the Court by the Stipulation dated December 1, 2014, between Plaintiff/Counter-Defendant, SkipPrint, LLC and Defendant/Counter-Plaintiff, Prisma Graphic Corporation and good cause appearing,

**IT IS ORDERED:**

　　　A one-day extension is granted for Plaintiff/Counter-Defendant, SkipPrint, LLC to serve Initial Infringement Contentions on December 1, 2014.