1

2  # JACKSONWHITE
   ## ATTORNEYS AT LAW
   ### A Professional Corporation

3

4  40 North Center Street, Suite 200
   Mesa, Arizona  85201
   T: (480) 464-1111 F: (480) 464-5692

5  Email: centraldocket@jacksonwhitelaw.com
   Attorneys for Plaintiff and Counterclaim Defendant

6  By:     Steven J. Laureanti, No.  027151
           David A. Banko, No. 030991

7

8              **IN THE UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**

9

10  SkipPrint, LLC, a Delaware corporation,          **No.  2:14-cv-01568-PHX-DLR**

11                    Plaintiff/Counter-Defendant,

12                                                   **NOTICE OF SERVICE – INITIAL
                                                     INFRINGEMENT CONTENTIONS**

13  v.

14

15  Prisma Graphic Corporation, an Arizona
    corporation,

16                    Defendant/Counter-Plaintiff.

17

18       **PLEASE TAKE NOTICE** that on December 1, 2014, a copy of

19  Plaintiff/Counter-Defendant's Initial Infringement Contentions was served by email upon

20  the parties identified in the attached service list.

21

22  DATED this 1st day of December, 2014.

23                                    JACKSON WHITE

24                                    /s/ Steven J. Laureanti
                                      Attorneys for Plaintiff and Counterclaim
25                                    Defendant
                                      By: Steven J. Laureanti, No. 027151
26

27

28

2:14-cv-01568-DLR

### Service List

1

2   Matthew M. Wolf
    Arnold & Porter, LLP
3   555 12th Street, N.W.
    Washington, D.C. 20004-1206
4   Matthew.Wolf@aporter.com, Dawna.Peich@aporter.com
    Counsel for Prisma Graphic Corporation
5

6   Maxwell C. Preston
    Arnold & Porter, LLP
    399 Park Avenue
7   New York, NY 10022-4690
    Maxwell.Preston@aporter.com
8   Counsel for Prisma Graphic Corporation

9   Ali R. Sharifahmadian
    Arnold & Porter, LLP
10  555 12th St. N.W.
    Washington, D.C. 20004-1206
11  Ali.Sharifahmadian@aporter.com, Monica.Biswas@aporter.com
    Counsel for Prisma Graphic Corporation
12

13  Jeffrey A, McKee
    Davis McKee, PLLC
    1650 N. 1st Avenue
14  Phoenix, AZ 85003
    jmckee@dmflaw.com
15  Counsel for Prisma Graphic Corporation

16  Joseph K. Liu
    One LLP
17  East Tower
    4000 MacArthur Blvd., Suite 500
18  jliu@onellp.com, info@onellp.com, lthomas@onellp.com, paralegal2@onellp.com
    Newport Beach, CA 92660
19  Counsel for SkipPrint, LLC

20  Nathaniel L. Dilger
    One LLP
21  East Tower
    4000 MacArthur Blvd., Suite 500
22  Newport Beach, CA 92660
    ndilger@onellp.com, info@onellp.com, lthomas@onellp.com
23  Counsel for SkipPrint, LLC

24  Steven J. Laureanti
    Jackson-White PC
25  40 North Center Street, Suite 200
    Mesa, Arizona 85201
26  slaureanti@jacksonwhitelaw.com, hstapley@jacksonwhitelaw.com
    Counsel for SkipPrint, LLC
27

    David A. Banko
28

2:14-cv-01568-DLR

1
Jackson-White PC
40 North Center Street, Suite 200
Mesa, Arizona 85201
2
dbanko@jacksonwhitelaw.com
Counsel for SkipPrint, LLC
3

4
Charles J. Veverka
Maschoff Brennan
1389 Center Drive, Suite 300
5
Park City, Utah 84098
cveverka@mabr.com
6
Counsel for SkipPrint, LLC

7

8
Rachel Jacques
Maschoff Brennan
1389 Center Drive, Suite 300
9
Park City, Utah 84098
rjacques@mabr.com
10
Counsel for SkipPrint, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:14-cv-01568-DLR

Certificate of Service

I hereby certify that on December 1, 2014, I caused to be served the foregoing

document and electronically filed the same with the Clerk of the Court using CM/ECF

which will send notification of such filing(s) to the following:

Matthew M. Wolf
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Matthew.Wolf@aporter.com, Dawna.Peich@aporter.com
Counsel for Prisma Graphic Corporation

Maxwell C. Preston
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690
Maxwell.Preston@aporter.com
Counsel for Prisma Graphic Corporation

Ali R. Sharifahmadian
Arnold & Porter, LLP
555 12th St. N.W.
Washington, D.C. 20004-1206
Ali.Sharifahmadian@aporter.com, Monica.Biswas@aporter.com
Counsel for Prisma Graphic Corporation

Jeffrey A, McKee
Davis McKee, PLLC
1650 N. 1st Avenue
Phoenix, AZ 85003
jmckee@dmflaw.com
Counsel for Prisma Graphic Corporation

Joseph K. Liu
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
jliu@onellp.com, info@onellp.com, lthomas@onellp.com, paralegal2@onellp.com
Newport Beach, CA 92660
Counsel for SkipPrint, LLC

Nathaniel L. Dilger
One LLP
East Tower
4000 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
ndilger@onellp.com, info@onellp.com, lthomas@onellp.com
Counsel for SkipPrint, LLC

2:14-cv-01568-DLR

1  Steven J. Laureanti
   Jackson-White PC
   40 North Center Street, Suite 200
2  Mesa, Arizona 85201
   slaureanti@jacksonwhitelaw.com, hstapley@jacksonwhitelaw.com
3  Counsel for SkipPrint, LLC

4  David A. Banko
   Jackson-White PC
5  40 North Center Street, Suite 200
   Mesa, Arizona 85201
6  dbanko@jacksonwhitelaw.com
   Counsel for SkipPrint, LLC
7
   Charles J. Veverka
8  Maschoff Brennan
   1389 Center Drive, Suite 300
9  Park City, Utah 84098
   cveverka@mabr.com
10 Counsel for SkipPrint, LLC

11
   Rachel Jacques
12 Maschoff Brennan
   1389 Center Drive, Suite 300
13 Park City, Utah 84098
   rjacques@mabr.com
14 Counsel for SkipPrint, LLC

15
   /s/__H. Stapley_____
16

17

18

19

20

21

22

23

24

25

26

27

28

2:14-cv-01568-DLR