# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SkipPrint,<br>　　　　　　Plaintiff,<br>v.<br>Prisma Graphic,<br>　　　　　　Defendant. | No. CV-14-01568-PHX-DLR<br><br>**ORDER** |

　　　Based upon the parties' Stipulation For One-Day Extention of Service, (Doc. 73), and good cause appearing therefore,

**IT IS ORDERED:**

　　　A one-day extension is granted for Plaintiff/Counter-Defendant, SkipPrint, LLC to serve Initial Infringement Contentions on December 1, 2014.

　　　　　Dated this 4th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　United States District Judge